Order filed June 12, 2012, Withdrawn, Appeal Reinstated and Order filed August 2, 2012.

--------------------------------------------------------------------------------

 In The
 
 Fourteenth Court of Appeals
 ____________
 
 NO. 14-11-01032-CR
 NO. 14-11-01033-CR
 ____________
 
 DEON RUSH, Appellant
 
 V.
 
 THE STATE OF TEXAS, Appellee
 
 
 
 On Appeal from the 506th District Court
 Grimes County, Texas
 Trial Court Cause No. 16022 and 16024C
 
 
 
 ORDER
On June 12, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for failure to file the reporter's record. The reporter's record was filed July 25, 2012.
Accordingly, our order of June 12, 2012, is withdrawn. 
PER CURIAM